

PRICE DANIEL
ATTORNEY GENERAL

# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN 11, TEXAS

March 3, 1947

Hon. George Moffett, Chairman
State Affairs Committee
Senate Chamber
Austin, Texas

Opinion No. V-61

Re: Constitutionality of
Senate Bill No. 68,
Fiftieth Legislature.

Dear Sir:

Your request for an opinion upon the above titled subject matter is as follows:

"Is Senate Bill 68, in the form attached hereto, constitutional? If not, the Committee would be pleased to have your department point out amendments or deletions which would bring said Bill into conformity with the Constitution of this State."

We have carefully read and studied Senate Bill No. 68 of the present Legislature, and express to you our opinion that the same as shown by the copy submitted to us, is in all respects a valid, constitutional bill, which, if adopted in its present form, would be a valid law. For the sake of clarity, we append the title and the constating section as follows:

"A BILL

TO BE ENTITLED

AN ACT authorizing and empowering comsisioners of drainage districts to make changes in, additions to, and improvements of the drainage systems in their respective districts and to pay for same out of maintenance taxes provided by law to be as-

"BE IT ENACTED BY THE LEGISLATURE OF
THE STATE OF TEXAS:

"Section 1. Commissioners of drain-
age districts incorporated under Chapter 7,
Title 128, of the Revised Civil Statutes of
Texas, and amendments thereto, are author-
ized and empowered to make changes in, ad-
ditions to, and improvements of the drain-
age systems in their respective districts
when in their judgment the necessity there-
for exists, and to pay for same from funds
provided by law to be assessed and collec-
ted in such districts to maintain, keep in
repair, and to preserve the improvements in
the districts, and to pay all legal, just,
and lawful debts, demands and obligations
against such districts, it being now pro-
vided that such levy shall never in any one
year exceed one-half of one per cent of the
total assessed valuation of such districts."

## SUMMARY

(1)  The title to Senate Bill 68 con-
cerning drainage districts as above quoted
is a valid title under the Constitution for
the sub-joined bill.

(2)  The body of the bill following
the enactment clause, as above quoted, con-
tains nothing that is not germane to the sub-
ject announced in the title, and the same is
in all respects valid as against Constitu-
tional objections.

Yours very truly,

APPROVED: MAR. 3,1947          ATTORNEY GENERAL OF TEXAS

*Price Daniel*

ATTORNEY GENERAL              By            *Ocie Speer*

                                           Ocie Speer
OS:lh:mrj                                  Assistant

APPROVED OPINION COMMITTEE
BY BWB , CHAIRMAN